IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY JANE WEST,**

      Plaintiff,

  vs.                                                     Civil Action 2:11-CV-448
                                                            Judge Marbley
                                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

<u>**ORDER**</u>

      On August 2, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, Doc. No. 17. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

      The *Report and Recommendation*, Doc. No. 17, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED.**

      The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                                     s/Algenon L. Marbley
                                                                       Algenon L. Marbley
                                                              United States District Judge